**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**May 17, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-30093
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYRONE D. GOODIN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:04-CR-30040-1
--------------------

Before REAVLEY, GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Tyrone D. Goodin appeals his guilty-plea conviction and
18-month sentence for possession of an unregistered firearm.
Goodin contends that the district court erred in denying his
motions to suppress.  Goodin has waived this issue by entering an
unconditional guilty plea.  See United States v. Wise, 179 F.3d
184, 186 (5th Cir. 1999); United States v. Bell, 966 F.2d 914,
916-17 (5th Cir. 1992).

Goodin avers that his sentence was unreasonable and that the
district court erred in declining to depart downward.  This court

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

does not have jurisdiction to review the district court's denial of Goodin's motion for a downward departure.  See <u>United States v. Hernandez</u>, 457 F.3d 416, 424 (5th Cir. 2006).

However, we do have jurisdiction to review "whether the district court's imposition of a guideline sentence instead of a non-guideline sentence was reasonable."  See <u>United States v. Nikonova</u>, 480 F.3d 371, 375 (5th Cir. 2007).  The district court properly calculated the applicable guideline sentencing range and considered the sentencing factors set forth in 18 U.S.C. § 3553(a).  See <u>United States v. Mares</u>, 402 F.3d 511, 518-20 (5th Cir. 2005).  Therefore, Goodin has not shown that the sentence imposed by the district court was unreasonable.  See <u>id.</u>

AFFIRMED.